# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANLEY WOMACK

VERSUS

ELIZABETH WOMACK

NO. 2019 CW 1618

**DECEMBER 10, 2019**

---

In Re:    Stanley J. Womack, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-14365.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include a complete copy of each pleading on which the judgment, order or ruling was founded, including attachments to the pertinent pleading and the petition, a copy of any opposition and attachments thereto, a copy of the judge's reasons for judgment, order or ruling (if written) and a copy of pertinent court minutes, in violation of Rules 4-5(C)(7), (8), (9) and (10) of the Uniform Rules of Louisiana Courts of Appeal. Relator also failed to include the affidavit required by Rule 4-5(A) of the Uniform Rules of Louisiana Courts of Appeal. Relator also exceeded the page limitation for the memorandum in support of the writ application set forth in Rule 2-12.2(D), made applicable to writ applications by Rule 4-5(C)(5) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT